**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 18-27256 - C - 13
Daniel L. Hobbs,               ) Docket Control No. DPC-1
              Debtor.          ) Document No. 42
                               ) Date: 02/20/2019
                               ) Time: 9:00 AM
                               ) DEPT: C
```

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion to Dismiss the Chapter 13 case filed by the Chapter 13 Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the Motion to Dismiss is granted and the case is dismissed.

Dated: February 21, 2019

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court